# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICHIE ACCIME,

    Plaintiff

v.

CARES CAMPUS, et al.,

    Defendants

Case No.: 3:25-cv-00698-MMD-CSD

**Order**

Plaintiff has filed a civil complaint and application to proceed *in forma pauperis* (IFP). (ECF Nos. 1, 1-1.) The court sent an advisory letter to Plaintiff (ECF No. 2), which was returned as undeliverable (ECF No. 3).

Under Local Rule IA 3-1, a party must immediately file a notice of change of address with the court. A failure to comply with this rule may result in dismissal or other appropriate sanction. LR IA 3-1.

Plaintiff has **21 days** from the date of this order to update his contact information or this action may be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: January 15, 2026

_____
Craig S. Denney
United States Magistrate Judge