UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHIE ACCIME, | Case No. 3:25-cv-00698-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| CARES CAMPUS, *et al.*, | |
| Defendants. | |

Plaintiff Richie Accime filed a pro se complaint and an application to proceed *in forma pauperis* on December 3, 2025. (ECF Nos. 1, 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending this action be dismissed and the IFP application denied as moot due to Plaintiff's repeated failure to update his contact information with the Court. (ECF No. 5.) Plaintiff had until February 25, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing this action because the Court issued an order on January 15, 2026 ordering Plaintiff to update his contact information with the Court by February 5, 2026. To date, Plaintiff has not done so. The Court agrees with Judge Denney and will adopt the R&R in full.

///

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 5) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

It is further ordered that Plaintiff's application to proceed IFP (ECF No. 1) is denied as moot.

The Clerk of Court is directed to close this case.

DATED THIS 3rd Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2